# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **CATHY A. YURKOVICH,** | Bankruptcy No. 20-20761-CMB |
| **Debtor,** | Chapter 13 |
| **CATHY A. YURKOVICH,** | Document No. 41 |
| **Movant,** | |
| vs. | |
| NO RESPONDENTS. | |

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the time in which the Debtor is to file her Amended Chapter 13 Plan is enlarged by a period of 120 days, until October 28, 2020.

Date: 7/1/2020

_____dmk
Carlota M. Bohm
Chief United States Bankruptcy Court Judge

FILED
7/1/20 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA